**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00110-CV**
_____

**LIVINGSTON INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES, Appellant**

**V.**

**DAVID "MARK" DAVIS II, Appellee**

_____

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. CIV24-0734**
_____

**MEMORANDUM OPINION**

In this accelerated appeal from the denial of a plea to the jurisdiction, Appellant Livingston Independent School District Board of Trustees challenges the standing of Appellee David "Mark" Davis II to bring a claim in District Court under the Texas Public Information Act. Davis filed a Notice of Nonsuit Without Prejudice and a Motion to Dismiss this accelerated appeal. Davis states that he filed the notice of nonsuit to formally withdraw all his claims for relief in Trial Cause Number

1

CIV24-0734, including his request for relief under the Texas Public Information Act, so that the entire case is now moot. The Board does not oppose Davis's suggestion of mootness, and requests that we instruct the trial court to dismiss the cause. Accordingly, we grant the motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 43.2(f). We issue the mandate immediately so that the trial court may dismiss the case as moot. *See* Tex. R. App. P. 18.6.

APPEAL DISMISSED.

PER CURIAM

Submitted on July 2, 2025
Opinion Delivered July 3, 2025

Before Golemon, C.J., Johnson and Wright, JJ.